Order issued December ǀ ǀ , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01598-CV

## DALLAS COUNTY SOUTHWESTERN INSTITUTE OF FORENSIC SCIENCES & MEDICAL EXAMINER DEPARTMENT, Appellant

## V.

## GLYNDA RAY, Appellee

# ORDER

We **GRANT** appellant's November 28, 2012 motion to stay the trial pending resolution of this interlocutory appeal. We **STAY** the trial that is set to begin on January 14, 2013.

DOUGLAS S. LANG
JUSTICE